```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 05033
    HENRY COTTRELL
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3904


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was not confirmed.

     The case was dismissed without confirmation 09/17/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
AMERICAN COLLECTION      UNSECURED      NOT FILED          .00           .00
CDA PONTIAC              UNSECURED      NOT FILED          .00           .00
CITY OF CHICAGO PARKING  UNSECURED        4170.00          .00           .00
ILLINOIS COLLECTION SE   UNSECURED      NOT FILED          .00           .00
MEDICAL DATA SYSTEM      UNSECURED      NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED         334.31          .00           .00
NCO FINANCIAL SYSTEMS IN UNSECURED      NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS IN UNSECURED      NOT FILED          .00           .00
PALISADES COLLECTION LLC UNSECURED      NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED      NOT FILED          .00           .00
RMI/MCSI                 UNSECURED        2575.00          .00           .00
RMI/MCSI                 UNSECURED      NOT FILED          .00           .00
RMI/MCSI                 UNSECURED      NOT FILED          .00           .00
RMI/MCSI                 UNSECURED      NOT FILED          .00           .00
RMI/MCSI                 UNSECURED      NOT FILED          .00           .00
RMI/MCSI                 UNSECURED      NOT FILED          .00           .00
ZENITH ACQUISITION       UNSECURED      NOT FILED          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         184.50          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED        4464.47          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         472.29          .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         136.10          .00           .00
INTERNAL REVENUE SERVICE PRIORITY        20202.24          .00           .00
INTERNAL REVENUE SERVICE UNSECURED        1379.75          .00           .00
ASSET ACCEPTANCE LLC     FILED LATE        184.50          .00           .00
ASSET ACCEPTANCE LLC     FILED LATE        478.09          .00           .00
ASSET ACCEPTANCE LLC     FILED LATE        138.90          .00           .00
ASSET ACCEPTANCE LLC     FILED LATE       4591.31          .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,484.00                     450.08
TOM VAUGHN               TRUSTEE                                        34.92
DEBTOR REFUND            REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 05033 HENRY COTTRELL
```

```
TRUSTEE                                              485.00

PRIORITY                                                                .00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                       450.08
TRUSTEE COMPENSATION                                                  34.92
DEBTOR REFUND                                                           .00
                                         ---------------    ---------------
TOTALS                                            485.00            485.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                                         /s/ Tom Vaughn

Dated: 12/22/08                              _____
                                                    TOM VAUGHN
                                                    CHAPTER 13 TRUSTEE